IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02434-PAB-TPO

DOLLY DOW, individually and as representatives of a class of participants and beneficiaries of the Lumen Combined Pension Plan, f/k/a CenturyLink Combined Pension Plan, and
VIRGINIA SAKAL, individually and as representatives of a class of participants and beneficiaries of the Lumen Combined Pension Plan, f/k/a CenturyLink Combined Pension Plan,

 Plaintiffs,

v.

LUMEN TECHNOLOGIES, INC.,
LUMEN EMPLOYEE BENEFITS COMMITTEE,
CENTURYLINK INVESTMENT MANAGEMENT COMPANY,
KATHLEEN M. LUTITO,
STATE STREET GLOBAL ADVISORS TRUST CO., and
JOHN DOES 1-5,

 Defendants.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

 This matter is before the Court on the Amended Complaint [Docket No. 59]. On October 15, 2025, defendants Centurylink Investment Management Company, Lumen Employee Benefits Committee, Lumen Technologies, Inc., and Ms. Lutito filed a motion to dismiss. Docket No. 57. Defendant State Street Global Advisors Trust Co. also filed a motion to dismiss on October 15, 2025. Docket No. 58. On November 5, 2025, plaintiffs filed an amended complaint. Docket No. 59. The filing of the amended complaint has mooted the motions to dismiss. *Rivera v. Long*, No. 19-cv-03608-CMA-NYW, 2020 WL 13840803, at *4 (D. Colo. July 22, 2020), *report and recommendation adopted*, 2020 WL 13840805 (D. Colo. Aug. 12, 2020) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded.") (quoting *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010)).

 Therefore, it is

   **ORDERED** that Lumen Defendants' Motion to Dismiss [Docket No. 57] is **DENIED as moot**. It is further

   **ORDERED** that State Street Global Advisors Trust Company's Motion to Dismiss Plaintiffs' Complaint [Docket No. 58] is **DENIED as moot**.

   DATED November 7, 2025.